AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

E-filing

BY: ☐ COMPLAINT   ☐ INFORMATION   ☑ INDICTMENT   ☐ SUPERSEDING

**Name of District Court, and/or Judge/Magistrate Location**
NORTHERN DISTRICT OF CALIFORNIA

FILED
OCT 11 2007
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

### OFFENSE CHARGED

18 USC Section 922(g)(1) - Felon in Possession of a Firearm

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum 10 years imprisonment; $250,000 fine; 3 years supervised release and $100 special assessment each count.

### DEFENDANT - U.S.

▶ ANTHONY LANELL HOLLY

**DISTRICT COURT NUMBER**
CR07-00644 CW

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)

Alcohol, Tobacco, Firearms and Explosive

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☐ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under

MAGISTRATE CASE NO.

Name and Office of Person Furnishing Information on THIS FORM   **SCOTT N. SCHOOLS**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   DEREK BUTTS, SAUSA

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☑ Awaiting trial on other charges } ☐ Fed'l ☑ State

If answer to (6) is "Yes", show name of Institution
CONTRA COSTA COUNTY JAIL

Has detainer been filed?  ☐ Yes  ☑ No   If "Yes" give date filed _____

**DATE OF ARREST** ▶ Month/Day/Year  8/12/2007

Or... if Arresting Agency & Warrant were not
**DATE TRANSFERRED TO U.S. CUSTODY** ▶ Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☑ WARRANT   Bail Amount: NO BAIL

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**
**CRIMINAL DIVISION**
VENUE: **OAKLAND**

---

UNITED STATES OF AMERICA,

V.

ANTHONY LANELL HOLLY,

CR07-00644 CW

DEFENDANT.

---

# INDICTMENT

18 U.S.C. § 922(g)(1) - Felon in Possession of a Firearm and Ammunition

---

A true bill.

_____
Foreman

Filed in open court this 11th day of
October 2007

_____
Clerk

Bail, $ No bail arrest warrant.

/s/ Wayne D. Brazil   10-11-07

**E-filing**

SCOTT N. SCHOOLS (SCBN 9990)
United States Attorney

FILED

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ANTHONY LANELL HOLLY,<br><br>Defendant. | No. CR07-00644 CW<br><br>VIOLATIONS: 18 U.S.C. § 922(g)(1) – Felon in Possession of a Firearm and Ammunition<br><br>OAKLAND VENUE |

### INDICTMENT

The Grand Jury charges:

COUNT ONE:    (18 U.S.C. § 922(g)(1) – Felon in Possession of Firearm and Ammunition)

On or about August 12, 2007, in the Northern District of California, the defendant,

ANTHONY LANELL HOLLY,

having previously been convicted of a felony crime punishable by a term of imprisonment exceeding one year, did knowingly possess a firearm, described as a Sig Sauer, Model P230, .380 pistol, serial number S177126, in and affecting commerce, and did knowingly possess ammunition, described as eight rounds of .380 R-P AUTO ammunition, in and affecting commerce, all in violation of Title 18, United States Code, Section 922(g)(1).

INDICTMENT

```
 1  DATED:     October 11, 2007              A TRUE BILL.
 2
 3                                           /s/ Foreperson
                                             FOREPERSON
 4  SCOTT N. SCHOOLS
    United States Attorney
 5
 6
    /s/ W. Douglas Sprague
 7  DOUGLAS SPRAGUE
    Chief, Oakland Branch
 8
 9  (Approved as to form: /s/ _____ )
                          SAUSA BUTTS
10
```

INDICTMENT