1  SCOTT N. SCHOOLS (SCBN 9990)
   United States Attorney
2
3  BRIAN J. STRETCH (CSBN 163973)
   Chief, Criminal Division
4  DEREK R. BUTTS (CSBN 172207)
   Special Assistant United States Attorney
5
6  1301 Clay Street Suite 340S
   Oakland, California 94612
   Telephone: (510) 637-3771
7  FAX: (510) 637-3724
   doug.sprague@usdoj.gov
8
   Attorneys for Plaintiff
9

FILED

DEC 3 - 2007

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| UNITED STATES OF AMERICA, | ) | NO. CR 07-00644 CW |
|---|---|---|
| Plaintiff, | ) | |
| v. | ) | PETITION FOR AND WRIT OF HABEAS CORPUS AD PROSEQUENDUM |
| ANTHONY LANELL HOLLY, | ) | |
| Defendant. | ) | |

TO:    The Honorable Wayne D. Brazil, United States Magistrate Judge of the United States District Court of Northern California:

The petition of Derek R. Butts, Special Assistant United States Attorney for the Northern District of California, respectfully requests that this Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner, ANTHONY LANELL HOLLY, whose place of custody and jailor are set forth in the Writ, attached hereto, and
////
////     cc: WDB's Sfcts, Copy to parties via ECF, Sheilah
PETITION FOR & WRIT OF HABEAS CORPUS    2 Certified copies to Marshal
CR-07-00644 CW

1 | your petitioner avers that the prisoner is required in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | DATED: November 30, 2007                    Respectfully submitted,
5 |                                             SCOTT N. SCHOOLS
  |                                             United States Attorney
6 |
7 |                                             /s/
  |                                             DEREK R. BUTTS
8 |                                             Special Assistant United States Attorney
9 |
10 |
11 | SO ORDERED:
12 | DATED: December 3, 2007
13 |                                             HONORABLE WAYNE D. BRAZIL
  |                                             United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW

|   |   |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of Contra Costa County Jail, Martinez Detention Facility, Martinez, California: |

**GREETINGS**

WE COMMAND that you have and produce the body of **ANTHONY LANELL HOLLY,** date of birth 06/16/1966, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **December 19, 2007, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable **Wayne D. Brazil**, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: December 3, 2007

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _____
DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW