1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DEREK R. BUTTS (CASBN 172207)
   Special Assistant United States Attorney
5
6      1301 Clay Street Suite 340S
       Oakland, California 94612
       Telephone: (510) 637-3771
7      FAX: (510) 637-3724
       doug.sprague@usdoj.gov
8
9  Attorneys for Plaintiff

10
                    UNITED STATES DISTRICT COURT
11
                   NORTHERN DISTRICT OF CALIFORNIA
12
                          OAKLAND DIVISION
13
14  UNITED STATES OF AMERICA,          )   NO. CR 07-00644 CW
                                       )
15         Plaintiff,                  )
                                       )
16     v.                              )   PETITION FOR AND WRIT OF
                                       )   HABEAS CORPUS AD
17  ANTHONY LANELL HOLLY,              )   PROSEQUENDUM
                                       )
18         Defendant.                  )
                                       )
19

20  TO:    The Honorable James A. Larson, United States Magistrate
           Judge of the United States District Court of Northern
21         California:

22

23     The petition of Derek R. Butts, Special Assistant United States Attorney for the

24  Northern District of California, respectfully requests that this Court issue a Writ of

25  Habeas Corpus Ad Prosequendum for the person of prisoner, ANTHONY LANELL

26  HOLLY, whose place of custody and jailor are set forth in the Writ, attached hereto, and

27  ////

28  ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW

1 | your petitioner avers that the prisoner is required in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | DATED: April 7, 2008                Respectfully submitted,
5 |                                     JOSEPH P. RUSSONIELLO
6 |                                     United States Attorney
7 |                                     _____/s/_____
8 |                                     DEREK R. BUTTS
  |                                     Special Assistant United States Attorney
9 |
10 |
11 | SO ORDERED:
12 | DATED: April ____, 2008             _____
13 |                                     HONORABLE JAMES A. LARSON
  |                                     United States Magistrate Judge

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW

**THE PRESIDENT OF THE UNITED STATES OF AMERICA**

TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of San Quentin Prison, San Quentin, California

**GREETINGS**

WE COMMAND that you have and produce the body of **ANTHONY LANELL HOLLY,** date of birth 06/16/1966, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **April 18, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable **Maria-Elena James**, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: April _____, 2008            CLERK, UNITED STATES DISTRICT COURT
                                                      NORTHERN DISTRICT OF CALIFORNIA

                                                      By:_____
                                                               DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW