1  JOSEPH P. RUSSONIELLO (CASBN 44332)
   United States Attorney
2
3  BRIAN J. STRETCH (CASBN 163973)
   Chief, Criminal Division
4  DEREK R. BUTTS (CASBN 172207)
   Special Assistant United States Attorney
5
        1301 Clay Street Suite 340S
6       Oakland, California 94612
        Telephone: (510) 637-3771
7       FAX: (510) 637-3724
        doug.sprague@usdoj.gov
8
   Attorneys for Plaintiff
9

10
                     UNITED STATES DISTRICT COURT
11
                    NORTHERN DISTRICT OF CALIFORNIA
12
                            OAKLAND DIVISION
13
   UNITED STATES OF AMERICA,      )   NO. CR 07-00644 CW
14                                )
        Plaintiff,                )
15                                )
      v.                          )   PETITION FOR AND WRIT OF
16                                )   HABEAS CORPUS AD
   ANTHONY LANELL HOLLY,          )   PROSEQUENDUM
17                                )
        Defendant.                )
18                                )

19
20   TO:    The Honorable James A. Larson, United States Magistrate
            Judge of the United States District Court of Northern
21          California:

22

23      The petition of Derek R. Butts, Special Assistant United States Attorney for the

24   Northern District of California, respectfully requests that this Court issue a Writ of

25   Habeas Corpus Ad Prosequendum for the person of prisoner, ANTHONY LANELL

26   HOLLY, whose place of custody and jailor are set forth in the Writ, attached hereto, and

27   ////

28   ////

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW

1 | your petitioner avers that the prisoner is required in the above-entitled matter in this
2 | Court, and therefore petitioner prays that this Court issue the Writ as presented.
3 |
4 | DATED: April 7, 2008                    Respectfully submitted,
5 |                                         JOSEPH P. RUSSONIELLO
  |                                         United States Attorney
6 |
7 |                                         _____/s/_____
  |                                         DEREK R. BUTTS
8 |                                         Special Assistant United States Attorney
9 |
10 |
11 | SO ORDERED:
12 | DATED: April  9 ____, 2008              _____
  |                                         HONORABLE JAMES A. LARSON
13 |                                         United States Magistrate Judge
14 |
15 |
16 |
17 |
18 |
19 |
20 |
21 |
22 |
23 |
24 |
25 |
26 |
27 |
28 |

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW

| | |
|---|---|
| 1 | THE PRESIDENT OF THE UNITED STATES OF AMERICA |
| 2 | TO: FEDERICO ROCHA, United States Marshal, Northern District of California and/or any of his authorized deputies; and the Warden of San Quentin Prison, San Quentin, California |
| 4 | **GREETINGS** |

WE COMMAND that you have and produce the body of **ANTHONY LANELL HOLLY,** date of birth 06/16/1966, now in custody in the herein-above-mentioned institution, before the United States District Court in and for the Northern District of California, in the Courtroom of the United States Magistrate Judge, Wayne D. Brazil, on **April 18, 2008, at 10:00 a.m.**, for initial appearance in the above entitled Court, and that immediately after said hearing to return him forthwith to said herein-above-mentioned institution, or to abide by such order of the above-entitled Court as shall thereafter be made concerning the custody of said prisoner, and further to produce said prisoner at all times necessary until the termination of the proceedings in this Court;

IT IS FURTHER ORDERED that should the local or state custodian release from its custody the above-named person, he be immediately delivered and remanded to the United States Marshal and/or his authorized deputies under this Writ.

WITNESS the Honorable ~~Maria-Elena James~~ **James Larson**, Magistrate Judge of the United States District Court for the Northern District of California.

DATED: April __9__, 2008

CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: _Venice E. Thomas_
       DEPUTY CLERK

PETITION FOR & WRIT OF HABEAS CORPUS
CR-07-00644 CW