UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Starr Wilson, pro tem**
**Date: 4/30/08**

**Plaintiff:** United States

**v.**                                              **No.** CR-07-00644 CW

**Defendant:** Anthony Lanell Holly (present - in custody)

**Appearances for Plaintiff:**
Dan Kaleba for Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Trial Setting (initial app.)**

**Notes:** This was the defendant's initial appearance before District Judge. Government and defense counsel have been in discussions re resolution, but defense needs to review criminal history. No motions likely. **Case continued to 5/14/08 at 2:00 p.m. for trial setting or disposition.** Time excluded for effective preparation and discovery request.

Copies to: Chambers