1  BARRY J. PORTMAN
   Federal Public Defender
2  ANGELA M. HANSEN
   Assistant Federal Public Defender
3  555 - 12th Street, Suite 650
   Oakland, CA 94607-3627
4  Telephone:  (510) 637-3500

5  Counsel for Defendant HOLLY

6

7              IN THE UNITED STATES DISTRICT COURT

8           FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 UNITED STATES OF AMERICA,          )   No. CR-07-00644 CW
                                      )
11              Plaintiff,            )   **STIPULATION AND [PROPOSED]**
                                      )   **ORDER CONTINUING STATUS**
12 vs.                                )   **HEARING**
                                      )
13 ANTHONY LANELL HOLLY,              )   Hearing Date: May 14, 2008
                                      )   Requested Date: June 11, 2008
14              Defendant.            )
   _____)

15

16

17        It is hereby stipulated that the STATUS hearing date of May 14, 2008 be continued to

   June 11, 2008 at 2:00 p.m.   The parties further stipulate and agree that time should be excluded
18
   between May 14, 2008 until June 11, 2008 because counsel for Mr. Holly needs additional time
19
   to review the discovery, to investigate this case and to meet with Mr. Holly.  In addition, defense
20
   counsel has requested more information from the government regarding Mr. Holly's criminal
21
   history and an allegation that the gun referenced in the indictment was stolen.  The parties are
22
   also discussing a possible disposition of this matter and defense counsel needs more time to
23
   research and to determine Mr. Holly's sentencing guidelines.
24
          The parties agree that the ends of justice served by the continuance requested herein
25
   outweigh the best interest of the public and the defendant in a speedy trial because the failure to
26

1   grant the continuance would deny counsel for the defendant the reasonable time necessary for

2   effective preparation, taking into account the exercise of due diligence.  Time should therefore be

3   excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4   May 12, 2008                              /s/
    Date                                ANGELA M. HANSEN
5                                       Assistant Federal Public Defender
                                        Counsel for defendant Holly
6

7   May 12, 2008                              /s/
    Date                                DEREK BUTTS
8                                       Special Assistant United States Attorney

9        I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/)
    within this efiled document.                    /S/ ANGELA M. HANSEN
10   _____                                Counsel for Defendant

11  //
    //
12  //
    //
13  //
    //
14  //
    //
15  //
    //
16  //
    //
17  //
    //
18  //
    //
19  //
    //
20  //
    //
21  //
    //
22  //
    //
23  //
    //
24  //
    //
25  //
    //
26  //

1

**ORDER**

2          Based on the reasons provided in the stipulation of the parties above, the Court hereby

3     finds that the ends of justice served by the continuance requested herein outweigh the best

4     interest of the public and the defendant in a speedy trial because the failure to grant the

5     continuance would deny the counsel for the defendant the reasonable time necessary for effective

6     preparation, taking into account the exercise of due diligence.  The Court makes this finding

7     because defense counsel needs additional time to review the discovery, to investigate the case

8     and to research and calculate the defendant's sentencing guidelines.  Moreover, defense counsel

9     has requested additional discovery from the government pertaining to the gun referenced in the

10    indictment and Mr. Holly's criminal record.

11          Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of

12    May 14, 2008 be continued to June 11, 2008 at 2:00 p.m. and that time be excluded from May

13    14, 2008 to June 11, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

14

15    IT IS SO ORDERED.

16

17    _____          _____
      Date                                              HON. CLAUDIA WILKEN
18                                                        United States District Judge

19

20

21

22

23

24

25

26

Stip to Continue, 08-00032 CW              3