BARRY J. PORTMAN
Federal Public Defender
ANGELA M. HANSEN
Assistant Federal Public Defender
555 - 12th Street, Suite 650
Oakland, CA 94607-3627
Telephone: (510) 637-3500

Counsel for Defendant HOLLY

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>vs.<br><br>ANTHONY LANELL HOLLY<br><br>    Defendant. | No. CR-07-00644 CW<br><br>**STIPULATION AND [PROPOSED] ORDER CONTINUING STATUS HEARING**<br><br>Hearing Date: June 11, 2008<br>Requested Date: June 25, 2008 |

  It is hereby stipulated that the STATUS hearing date of June 11, 2008 be continued to June 25, 2008 at 2:00 p.m. The parties further stipulate and agree that time should be excluded between June 11, 2008 until June 25, 2008 because counsel for Mr. Holly needs additional time to review the discovery, to investigate this case and to meet with Mr. Holly. In addition, defense counsel has requested more information from the government regarding Mr. Holly's criminal history and an allegation that the gun referenced in the indictment was stolen. The parties are also discussing a possible disposition of this matter and defense counsel needs more time to research and to determine Mr. Holly's sentencing guidelines.

  The parties agree that the ends of justice served by the continuance requested herein outweigh the best interest of the public and the defendant in a speedy trial because the failure to

1  grant the continuance would deny counsel for the defendant the reasonable time necessary for

2  effective preparation, taking into account the exercise of due diligence.  Time should therefore

3  be excluded pursuant to 18 U.S.C. §§ 3161(h)(8)(A) and (B)(iv).

4  <u>June 10, 2008</u>                                          /s/
   Date                                                  ANGELA M. HANSEN
5                                                        Assistant Federal Public Defender
                                                         Counsel for defendant Holly

6

7  <u>June 10, 2008</u>                                          /s/
   Date                                                  DEREK BUTTS
8                                                        Special Assistant United States Attorney

9

10     I hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.          /S/ ANGELA M. HANSEN

1 **ORDER**

2 Based on the reasons provided in the stipulation of the parties above, the Court hereby
3 finds that the ends of justice served by the continuance requested herein outweigh the best
4 interest of the public and the defendant in a speedy trial because the failure to grant the
5 continuance would deny the counsel for the defendant the reasonable time necessary for effective
6 preparation, taking into account the exercise of due diligence.  The Court makes this finding
7 because defense counsel needs additional time to review the discovery, to investigate the case
8 and to research and calculate the defendant's sentencing guidelines.  Moreover, defense counsel
9 has requested additional discovery from the government pertaining to the gun referenced in the
10 indictment and Mr. Holly's criminal record.

11 Based on these findings, IT IS HEREBY ORDERED THAT the STATUS hearing date of
12 June 11, 2008 be continued to June 25, 2008 at 2:00 p.m. and that time be excluded from June
13 11, 2008 to June 25, 2008 pursuant to 18 U.S.C. §§3161 (h)(8)(A) and (B)(iv).

15 IT IS SO ORDERED.

17 _____          _____
   Date                                                    HON. CLAUDIA WILKEN
18                                                         United States District Judge