UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 6/25/08**

**Plaintiff:**  United States

**v.**                                                   **No.**  CR-07-00644 CW

**Defendant:**  Anthony Lanell Holly (present - in custody)


**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


**Hearing:  Trial Setting or Disposition**

**Notes:**    Government has made offer; defense needs additional time to discuss with defendant.  Defense will have no motions to file.  **Case continued to 7/9/08 at 2:00 p.m. for disposition or trial setting.**  Time excluded for effective preparation and continuity of counsel.

Copies to: Chambers