UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

**The Honorable Claudia Wilken, Presiding**
**Clerk: Sheilah Cahill**
**Court Reporter: Raynee Mercado**
**Date: 7/9/08**

**Plaintiff:**  United States

**v.**                                         **No.**  CR-07-00644 CW

**Defendant:**  Anthony Lanell Holly (present - in custody)


**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**


**Probation Officer:**


**Speedy Trial Date:**


Hearing:  Trial Setting or Disposition

**Notes:**    Defense has draft plea agreement and needs to go over plea with defendant.  **Case continued to 7/23/08 at 2:00 p.m. for change of plea.**  Time excluded for consideration of plea agreement; draft copy of plea agreement lodged with court.

Copies to: Chambers