UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

FILED
JUL 23 2008

Case Number       CR-07-00644 CW
Defendant's Name  Anthony Lanell Holly
Defense Counsel   Angela Hansen
Referral Date     7/23/08
Sentencing Date   10/8/08                    @ 2:00 pm

### NOTICE TO DEFENSE COUNSEL

The Court has directed that a        __X__ Presentence Investigation

_____ Pre-Plea Report

_____ Bail Investigation

_____ Bail Supervision

_____ Postsentence Investigation

_____ 4244

be conducted on the above-named defendant. So that the investigation/supervision can be completed promptly, please go to the <u>Probation Office, Room 220S, before leaving the Courthouse today</u> to make the necessary arrangements.

RICHARD W. WIEKING
Clerk

by: __SHEILAH CAHILL__
Deputy Clerk

| for use of Courtroom Deputies: | |
|---|---|
| Is defendant in custody: | yes |
| Is defendant English-speaking? | yes |

cc: U. S. Probation