UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Criminal Minute Order

FILED
JUL 23 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

**The Honorable Claudia Wilken, Presiding**
**Clerk:** Sheilah Cahill
**Court Reporter:** Lee-Anne Shortridge
**Date:** 7/23/08

**Plaintiff:** United States

**v.**                                   **No.** CR-07-00644 CW

**Defendant:** Anthony Lanell Holly (present - in custody)

**Appearances for Plaintiff:**
Derek Butts

**Appearances for Defendant:**
Angela Hansen

**Interpreter:**

**Probation Officer:**

**Speedy Trial Date:**

**Hearing: Change of Plea**

**Notes:** Defendant enters under oath Rule 11(c)(1)(C) plea of guilty to Count One of the Indictment charging Felon in Possession of a Firearm and Ammunition in violation of 18 USC 922(g)(1). Plea Agreement filed. Court finds factual basis for plea; Court accepts plea. **Sentencing set for 10/8/08 at 2:00 p.m.** ✓ PSR requested.

Copies to: Chambers; probation